DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDY THACKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-110

[March 8, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562003CF000140A.

Randy Thacker, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***